

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Shirlon Auer, Appellants

No. 06-23-00041-CV          v.

Kamy Real Property Trust, Appellee

Appeal from the County Court at Law No. 1 of Johnson County, Texas (Tr. Ct. No. CC-C20220151).   Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

 As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

 We further order that the appellant, Shirlon Auer, pay all costs incurred by reason of this appeal.

RENDERED OCTOBER 24, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk